UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KENNETH PLEASANT,

Plaintiff,

v.  4:08-cv-192

NEESMITH TIMBER CO., INC.,

Defendant.

## ORDER

The Court and counsel for both parties met today for the Pretrial Conference. The Court left open: (1) Pleasant's objections to the admission of his previous crimes and bad acts; (2) the admissibility of certain impeachment material and party opponent admissions; and (3) the effect on the admissibility of Pleasant's positive marijuana tests should he withdraw his future and/or past lost damages claims.

Any briefing the parties wish to submit regarding these items and any amendments to the Consolidated Pre-trial Order, *see* Doc. 97, are due by 5 p.m. Friday, March 25, 2011.

This 23rd day of March 2011.

_____
B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA